**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **SETH FLOYD, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 26-cv-02403** |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance on behalf of all Defendants.


CITY OF PHILADELPHIA
LAW DEPARTMENT

BY:    */s/ Michael Pfautz*
Deputy City Solicitor
Attorney I.D. No.  325323
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
Fax: (215) 683-5299
Michael.Pfautz@phila.gov


DATED:  April 13, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the

foregoing Entry of Appearance upon all counsel of record via ECF system and email.


BY:    */s/ Michael Pfautz*
          Deputy City Solicitor


Dated: April 13, 2026