**GERMAN, GALLAGHER & MURTAGH**   **Attorneys for:  Plaintiffs**
**BY:  Briana Lynn Pearson, Esq.**   **Seth Floyd and Erica Hadley**
**IDENTIFICATION NO.  327007**
**THE BELLEVUE, FIFTH FLOOR**
**200 S. BROAD STREET**
**PHILADELPHIA, PA 19102**
**T:  215-545-7700**
**F:  215-732-4182**
**pearsonb@ggmfirm.com**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLOYD et al** | : | |
| | : | JURY DEMANDED |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 2:26-cv-02403 |
| **CITY COUNCIL FOR THE CITY** | : | |
| **OF PHILADELPHIA et al,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFFS' EMERGENCY MOTION
### TO REMAND AND FOR EXPEDITED CONSIDERATION

Plaintiffs, Seth Floyd and Erica Hadley, by and through undersigned counsel, respectfully

move this Court for an Order remanding this action to the Court of Common Pleas of Philadelphia

County, awarding costs and fees pursuant to 28 U.S.C. § 1447(c), and expediting consideration of

this Motion, and in support thereof state as follows:

## I. INTRODUCTION

This case was removed at the eleventh hour in a calculated effort to evade a pending state

court proceeding and the enforcement of an existing court Order. The order is attached hereto as

Ex. "A." Defendants filed their Notice of Removal on April 13, 2026 at approximately 2:12 p.m.,

mere minutes after Plaintiffs filed proof of service of the Court's Ex Parte Order and Rule to Show

Cause at approximately 1:57 p.m.  At the time of removal, the Court of Common Pleas had already exercised jurisdiction, issued substantive relief, and scheduled an emergency hearing for April 14, 2026. Ex. "A." This was not a routine removal. It was a tactical maneuver designed to interrupt an ongoing judicial proceeding, avoid a contempt hearing, and nullify the effect of a duly entered court Order. Removal under these circumstances is improper and warrants immediate remand.

## II. FACTUAL AND PROCEDURAL BACKGROUND

This action arises from Defendants' repeated violations of the Pennsylvania Sunshine Act and the Philadelphia Home Rule Charter, and their subsequent disregard of a binding Order of the Court of Common Pleas. On March 19, 2026, the Court approved a Stipulation requiring Defendants to conduct all future proceedings in compliance with those laws. That Stipulation constituted a binding Order of the Court.

Defendants failed to comply.

On March 30, 2026, Defendants conducted a Committee hearing during which deliberations occurred outside public view, members engaged in private discussions with decision-makers and interested parties, and a quorum was not continuously maintained. The public proceeding functioned as a formality to ratify decisions reached in private. These actions directly violated the Court's March 19, 2026 Order and gave rise to Plaintiffs' Emergency Petition for Civil Contempt, to Enforce Court-Approved Stipulation and Order, and for Sanctions.  In response, the Court entered an Ex Parte Order and Rule to Show Cause on April 10, 2026, scheduling a hearing for April 14, 2026 at 11:30 a.m. and directing immediate service.

The Court further required that Plaintiffs effectuate service and file proof of service by April 13, 2026. Plaintiffs complied fully with that directive and filed their Affidavit of Service on April 13, 2026 at approximately 1:57 p.m. Less than twenty minutes later, Defendants filed a

Notice of Removal. Attached hereto is a copy of the underlying docket marked Ex. "B." At that moment, the state court had already exercised jurisdiction, issued substantive relief, and scheduled an imminent hearing on contempt and enforcement. The timing of removal was deliberate and calculated to prevent that hearing from occurring.

## III. ARGUMENT

### A. Removal Is Procedurally Improper and Must Be Strictly Construed

Removal statutes are strictly construed, and all doubts must be resolved in favor of remand. Defendants removed this action only after the state court had exercised jurisdiction, issued an Order, and set the matter for an emergency hearing. This is not the type of case removal statutes were designed to reach. Rather than seeking a proper federal forum, Defendants sought to interrupt an ongoing proceeding and avoid adjudication of their conduct.

Such use of removal is improper.

### B. The State Court Had Already Exercised Jurisdiction and Issued Substantive Relief

At the time of removal, the Court of Common Pleas had already entered an Ex Parte Order and Rule to Show Cause and scheduled a hearing on an expedited basis. The court had also directed service and required proof of compliance, which Plaintiffs satisfied. This was an active proceeding involving enforcement of a prior Order and adjudication of contempt. Removal cannot be used to divest a court of jurisdiction after it has already exercised that authority and set the matter for hearing. Allowing removal under these circumstances would undermine the authority of the state court and render its Orders ineffective.

### C. Removal Was Undertaken to Evade a Pending Contempt Proceeding

The timing of removal is dispositive. Defendants filed their Notice of Removal within minutes of Plaintiffs' filing of proof of service and on the eve of a scheduled contempt hearing.

There is no legitimate explanation for this timing other than an attempt to avoid:

1. Enforcement of the Court's March 19, 2026 Order;

2. Adjudication of Plaintiffs' Emergency Petition for Civil Contempt; and

3. The April 14, 2026 hearing scheduled by the Court.

This constitutes procedural gamesmanship and forum manipulation.

Federal courts do not permit removal to be used as a mechanism to evade adverse proceedings or delay enforcement of judicial orders.

**D. Comity and Judicial Efficiency Require Immediate Remand**

This case is deeply rooted in state law and ongoing state court proceedings, including enforcement of a prior Order and contempt. The Court of Common Pleas is already familiar with the facts, has issued Orders, and has scheduled a hearing. Permitting removal would disrupt those proceedings, waste judicial resources, and reward Defendants' conduct. Principles of comity strongly favor remand.

**E. Defendants' Removal Warrants Fees and Costs Under 28 U.S.C. § 1447(c)**

Under 28 U.S.C. § 1447(c), this Court may award costs and fees incurred as a result of removal. Fees are appropriate where the removing party lacked an objectively reasonable basis for removal. *Martin v. Franklin Capital Corp.*, 546 U.S. 132 (2005). The Third Circuit has affirmed such awards where removal reflects gamesmanship or causes unnecessary delay. *Mints v. Educational Testing Serv.*, 99 F.3d 1253 (3d Cir. 1996); *Roxbury Condo. Ass'n, Inc. v. Anthony S. Cupo Agency*, 316 F.3d 224 (3d Cir. 2003). Here, Defendants' removal was not objectively reasonable. They removed only after:

1. A binding court Order had been entered;

2. A contempt proceeding was pending;

3. Service had been completed; and

4. A hearing was scheduled for the following morning.

The removal was designed to delay proceedings and avoid compliance with a court Order.

Plaintiffs have incurred additional costs as a direct result of this conduct.

An award of fees and costs is therefore warranted.

## IV. EMERGENCY NATURE OF RELIEF AND REQUEST TO EXPEDITE

This Motion is brought on an emergency basis. A hearing in the Court of Common Pleas was scheduled for April 14, 2026 at 11:30 a.m. Defendants' removal has the immediate effect of preventing enforcement of that Order and delaying adjudication of a pending contempt petition. Absent immediate remand, Plaintiffs will suffer irreparable harm, including the inability to enforce existing judicial Orders and prevent ongoing violations. The issues presented are straightforward and capable of prompt resolution. Plaintiffs respectfully request that this Court expedite consideration of this Motion and issue a ruling within twenty-four hours.

## V. CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Immediately REMAND this action to the Court of Common Pleas of Philadelphia County;

2. Award Plaintiffs their costs and fees pursuant to 28 U.S.C. § 1447(c);

3. Expedite consideration of this Motion and issue a ruling within twenty-four hours; and

4. Grant such other relief as this Court deems just and proper.

Respectfully submitted,

GERMAN, GALLAGHER & MURTAGH

BY: _____

Briana Lynn Pearson, Esq.
*Attorneys for Plaintiff*

*April 6, 2026*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing Emergency Motion to Remand and for Expedited Consideration was served upon all counsel of record in this matter. Service was effectuated via the Court's Electronic Case Filing system (ECF), which provides notice to all registered counsel of record.

Respectfully submitted,

GERMAN, GALLAGHER & MURTAGH

BY: _____

Briana Lynn Pearson, Esq.
*Attorneys for Plaintiff*

*April 6, 2026*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FLOYD et al** | : | |
| | : | JURY DEMANDED |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 2:26-cv-02403 |
| **CITY COUNCIL FOR THE CITY** | : | |
| **OF PHILADELPHIA et al,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of April, 2026, upon consideration of Plaintiffs' Emergency Motion to Remand and for Expedited Consideration, and any response thereto, it is hereby ORDERED and DECREED as follows:

1) Plaintiffs' Motion is GRANTED.

2) This action is REMANDED to the Court of Common Pleas of Philadelphia County, Civil Division, at No. 260302655.

3) The Clerk of Court is DIRECTED to transmit a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County forthwith.

4) Plaintiffs' request for costs and fees pursuant to 28 U.S.C. § 1447(c) is GRANTED. Plaintiffs shall file a Petition for Fees and Costs within fourteen (14) days of the date of this Order.

5) This Court finds that Defendants' removal was not objectively reasonable and resulted in unnecessary delay of ongoing state court proceedings.

6) This Order is entered on an expedited basis in light of the emergency nature of the relief requested.

7) The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____

HON. JOHN R. PADOVA

# Ex. A

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

SETH FLOYD &                      :    MARCH TERM, 2026
ERICA HADLEY                      :
                                  :    NO. 02655
v.                                :
                                  :    Control No. 26042509
CITY OF PHILADELPHIA, et al.      :

### *EX PARTE* ORDER AND RULE TO SHOW CAUSE

**AND NOW** this 10th day of April, 2026, upon consideration of Defendant's Emergency Motion, filed under Control Number 26042509, it is hereby **ORDERED** and **DECREED** that a **RULE** is entered to show cause why the requested relief should not be granted.

**RULE RETURNABLE** on **TUESDAY, APRIL 14, 2026, at 11:30AM** in Courtroom 275, City Hall, Philadelphia, Pennsylvania. At the time of the hearing, the parties shall be prepared to present evidence and/or testimony as to the issues raised in the Motion, and any response thereto. *All parties must be present at the hearing.*

It is further **ORDERED** that Plaintiffs shall serve the Emergency Motion and this Rule to Show Cause and *Ex Parte* Order on Defendants via personal service, email, and/or facsimile **no later than Monday, April 13, 2026 at noon.**. Proof of said service shall be presented via an Affidavit of Service filed on the docket no later than Monday, April 13, 2026 at 5:00PM. Should Plaintiffs fail to make service, the motion may be dismissed or deferred.

BY THE COURT:

_____ J.

ORDER-Floyd Vs City Council For The City Of Philadelphia [ECD]



2603026550028

Ex. B

# Docket Report

## Case Description

**Case ID:** 260302655
**Case Caption:** FLOYD VS CITY COUNCIL FOR THE CITY OF PHILADELPHIA
**Filing Date:** Wednesday, March 18th, 2026
**Location:** CH - CITY HALL
**Case Type:** E1 - EQUITY - NO REAL ESTATE
**Status:** CLWCM - WAITING TO LIST CASE MGMT CONF

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| MOTION HEARING | 14-APR-2026 11:30 AM | CITY HALL | COURTROOM 275 | HALL, CHRISTOPHER |

## Case Motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| MISCELLANEOUS MOTION/PETITION | *pending* | 26040847 | 06-APR-2026 | HALL, CHRISTOPHER |
| PETITION FOR CONTEMPT | 10-APR-2026 | 26042509 | 10-APR-2026 | EMERGENCY JUDGE, JUDGE |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | 06-APR-2026 | ATTORNEY FOR PLAINTIFF | A41854 | SUMMERS, JOHN S |
| **Address:** | ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA PA 19103 (215)496-7007 (215)568-0300 - FAX jsummers@hangley.com | | **Aliases:** | *none* | |
| | | | | | |

| 2 | 14 | | PLAINTIFF | @12494622 | FLOYD, SETH |
|---|---|---|---|---|---|
| **Address:** | ONE LOGAN SQUARE, 27TH FLOOR PHILADELPHIA PA 19103 | | **Aliases:** | *none* | |
| | | | | | |
| 3 | | 18-MAR-2026 | PLAINTIFF | @12494612 | FLOYD, SETH |
| **Address:** | NONE GIVEN PHILADELPHIA PA 19100 | | **Aliases:** | *none* | |
| | | | | | |
| 4 | 14 | | PLAINTIFF | @12494626 | HADLEY, ERICA |
| **Address:** | 128 E HAZELDELL AVE NEW CASTLE DE 19720 | | **Aliases:** | *none* | |
| | | | | | |
| 5 | | 18-MAR-2026 | DEFENDANT | @12494631 | CITY COUNCIL FOR THE CITY OF PHILADELPHIA |
| **Address:** | 1400 JFK BLVD PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |
| | | | | | |
| 6 | | 18-MAR-2026 | PLAINTIFF | @12494630 | HADLEY, ERICA |
| **Address:** | 128 E HAZELDELL AVE MANOR DE 19720 | | **Aliases:** | *none* | |
| | | | | | |
| 7 | | 18-MAR-2026 | DEFENDANT | @12494636 | COMMITTEE ON HOUSING NEIGHBORHOOD DEV AND THE HOMELESS |
| **Address:** | 1400 JFK BLVD PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |
| | | | | | |
| 8 | 12 | | DEFENDANT | @12494635 | CITY COUNCIL FOR THE CITY OF PHILADELPHIA |
| **Address:** | 1400 JFK BLVD PHILADELPHIA PA 19107 | | **Aliases:** | *none* | |
| | | | | | |
| 9 | 12 | | DEFENDANT | @12494646 | COMMITTEE ON HOUSING NEIGHBORHOOD DEVELOPMENT AND HOME |

| Address: | 1400 JFK BLVD PHILADELPHIA PA 19107 | | Aliases: | | *none* |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| 10 | | | JUDGE | J914 | EMERGENCY JUDGE, JUDGE |
| Address: | ROOM 280 CITY HALL PHILADELPHIA PA 19107 | | Aliases: | | *none* |
| | | | | | |
| 11 | | | MOTION ASSIGMENT JUDGE | J564 | PADOVA, JOHN |
| Address: | City Hall - Room 469 PHILADELPHIA PA 19107 (215)686-2602 | | Aliases: | | *none* |
| | | | | | |
| 12 | | | ATTORNEY FOR DEFENDANT | A208792 | SHUEY ESQ, WILLIAM B |
| Address: | ONE PARKWAY BUILDING 1515 ARCH STREET, 15TH FLOOR PHILADELPHIA PA 19102 (267)357-3168 william.shuey@phila.gov | | Aliases: | | *none* |
| | | | | | |
| 13 | | | TEAM LEADER | J561 | ROBERTS, JOSHUA |
| Address: | 538 CITY HALL PHILADELPHIA PA 19107 | | Aliases: | | *none* |
| | | | | | |
| 14 | | | ATTORNEY FOR PLAINTIFF | A327007 | PEARSON, BRIANA |
| Address: | 200 S. BROAD STREET SUITE 500 PHILADELPHIA PA 19102 (215)875-4028 pearsonb@ggmfirm.com | | Aliases: | | *none* |

## Docket Entries

☐ **Check for Threaded Docket**
This feature will reduce the docket

to motion related entries only.

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 18-MAR-2026 10:04 AM | ACTIV - ACTIVE CASE | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 18-MAR-2026 10:10 AM | CMPLC - COMPLAINT FILED NOTICE GIVEN | SUMMERS, JOHN S | |
| **Documents:** | CMPLC_2.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 18-MAR-2026 10:20 AM | CIVIL - COMMENCEMENT OF CIVIL ACTION | SUMMERS, JOHN S | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 18-MAR-2026 10:22 AM | PRINJ - PRELIMINARY INJUNCTION | SUMMERS, JOHN S | |
| **Documents:** | PRINJ_4.pdf | | |
| **Docket Entry:** | 63-26037363 PLAINTIFFS SETH FLOYD AND ERICA HADLEY'S EMERGENCY PETITION FOR A SPECIAL AND PRELIMINARY INJUNCTION FILED. | | |
| | | | |
| 18-MAR-2026 12:18 PM | MTASN - MOTION ASSIGNED | | |
| **Docket Entry:** | 63-26037363 PRELIMINARY INJUNCTION ASSIGNED TO JUDGE: EMERGENCY JUDGE, JUDGE . ON DATE: MARCH 18, 2026 | | |
| | | | |
| 18-MAR-2026 01:42 PM | RLFIS - RULE ISSUED | HALL, CHRISTOPHER | |
| **Documents:** | RLFIS_6.pdf | | |
| **Docket Entry:** | 63-26037363 UPON CONSIDERATION OF PLAINTIFF?S EMERGENCY PETITION FOR INJUNCTIVE RELIEF FILED UNDER CONTROL NUMBER 26037363, IT IS HEREBY ORDERED AND DECREED THAT A RULE IS ENTERED UPON ALL PARTIES TO SHOW CAUSE WHY RELIEF SHOULD NOT BE GRANTED. RULE RETURNABLE ON WEDNESDAY, MARCH 18, 2026, AT 4:00PM IN COURTROOM 275, CITY HALL, PHILADELPHIA, PENNSYLVANIA. AT THE TIME OF THE HEARING, THE PARTIES SHALL BE PREPARED TO PRESENT EVIDENCE AND/OR TESTIMONY AS TO THE | | |

ISSUES RAISED IN THE MOTION, AND ANY RESPONSE THERETO. ALL PARTIES MUST BE PRESENT AT THE HEARING. IT IS FURTHER ORDERED AND DECREED THAT PLAINTIFF SHALL SERVE THE EMERGENCY MOTION AND THIS RULE TO SHOW CAUSE AND EX PARTE ORDER ON DEFENDANT VIA PERSONAL SERVICE, EMAIL, AND/OR FACSIMILE. PROOF OF SAID SERVICE SHALL BE PRESENTED VIA AN AFFIDAVIT OF SERVICE FILED ON THE DOCKET OR TO THE COURT AT THE TIME OF THE HEARING. SHOULD PLAINTIFF FAIL TO MAKE SERVICE, THE MOTION MAY BE DISMISSED OR DEFERRED. ...BY THE COURT: HALL, J. 03/18/2026

| | | | |
|---|---|---|---|
| 18-MAR-2026 01:42 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 18-MAR-2026 OF RULE ISSUED ENTERED ON 18-MAR-2026. | | |
| | | | |
| 18-MAR-2026 01:45 PM | MTHRS - MOTION HEARING SCHEDULED | | |
| **Docket Entry:** | 63-26037363 A HEARING IS SCHEDULED FOR 03/18/2026 AT 4:00 P.M. IN COURTROOM 275, CITY HALL. | | |
| | | | |
| 18-MAR-2026 03:52 PM | STPLR - STIPULATION FILED | SUMMERS, JOHN S | |
| **Documents:** | 2026-03-18 Floyd (City Council) - Stipulation in lieu of Emergency PI Hearing.pdf | | |
| **Docket Entry:** | 63-26037363 STIPULATION TO FOREGO HEARING FILED. AWAITING JUDICIAL APPROVAL (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 19-MAR-2026 10:10 AM | ENAPP - ENTRY OF APPEARANCE | SHUEY ESQ, WILLIAM B | |
| **Documents:** | 2026.03.19 Floyd, Seth - WBS EOA.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF WILLIAM B SHUEY FILED. (FILED ON BEHALF OF COMMITTEE ON HOUSING NEIGHBORHOOD DEVELOPMENT AND HOME AND CITY COUNCIL FOR THE CITY OF PHILADELPHIA) | | |
| | | | |
| 19-MAR-2026 10:10 AM | CTYSF - CITY CHARGE SUBSEQUENT FILINGS | SHUEY ESQ, WILLIAM B | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 19-MAR-2026 11:04 AM | STPAP - STIPULATION APPROVED | HALL, CHRISTOPHER | |
| **Documents:** | STPAP_12.pdf | | |

| Docket Entry: | 63-26037363 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, PLAINTIFFS SETH FLOYD AND ERICA HADLEY, AND DEFENDANTS CITY COUNCIL FOR THE CITY OF PHILADELPHIA ("PHILADELPHIA CITY COUNCIL") AND THE COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT AND THE HOMELESS ("THE COMMITTEE") THE FOLLOWING: PHILADELPHIA CITY COUNCIL BILL NUMBERS 250329 AND 250330 ("THE BILLS") WILL NOT BE VOTED UPON FOR FINAL PASSAGE IN CITY COUNCIL ON MARCH 19, 2026. **SEE ORDER FOR COMPLETE TERMS AND DETAILS. ...BY THE COURT: HALL, CHRISTOPHER R., J., 03.18.2026 |

| 19-MAR-2026 11:04 AM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | |
|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 19-MAR-2026 OF STIPULATION APPROVED ENTERED ON 19-MAR-2026. | | |

| 25-MAR-2026 08:44 AM | MAILR - RETURNED MAIL RECEIVED | | |
|---|---|---|---|
| **Documents:** | MAILR_14.pdf | | |
| **Docket Entry:** | RETURNED MAIL RULE TO SHOW CAUSE AND EX PARTE ORDER DATED 03/18/2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY: COMMITTEE ON HOUSING NEIGHBORHOOD DEVELOPMENT. | | |

| 25-MAR-2026 08:44 AM | MAILR - RETURNED MAIL RECEIVED | | |
|---|---|---|---|
| **Documents:** | MAILR_15.pdf | | |
| **Docket Entry:** | RETURNED MAIL RULE TO SHOW CAUSE AND EX PARTE ORDER DATED 03/18/2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY: COMMITTEE ON HOUSING NEIGHBORHOOD DEV AND THE HOMELESS. | | |

| 25-MAR-2026 11:34 AM | CLWCM - WAITING TO LIST CASE MGMT CONF | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 27-MAR-2026 12:45 PM | ENAPP - ENTRY OF APPEARANCE | PEARSON, BRIANA | |
|---|---|---|---|
| **Documents:** | Floyd - EOA of BLP for Plaintiffs.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF BRIANA PEARSON FILED. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |

| 27-MAR-2026 12:45 PM | JURYT - JURY TRIAL PERFECTED | PEARSON, BRIANA | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 30-MAR-2026 02:11 PM | MTMIS - MISCELLANEOUS MOTION/PETITION | PEARSON, BRIANA | |
| **Documents:** | Floyd - Pls Motion for Leave to File Amended Complaint.pdf<br>Motion CoverSheet Form | | |
| **Docket Entry:** | 52-26036752 RESPONSE DATE 04/20/2026. MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 02-APR-2026 11:31 AM | MTWTD - MOTION/PETITION/STIP WITHDRAWN | PEARSON, BRIANA | |
| **Documents:** | Floyd - Praecipe to Withdraw Motion for Leave to File Amended Complaint.pdf | | |
| **Docket Entry:** | 52-26036752 PRAECIPE TO WITHDRAW MISCELLANEOUS MOTION/PETITION FILED. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 02-APR-2026 02:10 PM | WTAPP - WITHDRAWAL/ENTRY OF APPEARANCE | PEARSON, BRIANA | |
| **Documents:** | Floyd_- Substitution of Counsel.pdf | | |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF JOHN S SUMMERS AND ENTRY OF APPEARANCE OF BRIANA PEARSON AND BRIANA PEARSON FILED. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 02-APR-2026 02:52 PM | MTMIS - MISCELLANEOUS MOTION/PETITION | PEARSON, BRIANA | |
| **Documents:** | Floyd - Plaintiffs Motion for Leave to File Amended Complaint.pdf<br>Motion CoverSheet Form | | |
| **Docket Entry:** | 47-26040847 RESPONSE DATE 04/27/2026. PLAINTIFFS MOTION FOR LEASVE TO FILE FIRST AMENDED COMPLAINT (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 07-APR-2026 03:53 PM | MAILR - RETURNED MAIL RECEIVED | | |
| **Documents:** | MAILR_23.pdf | | |
| **Docket Entry:** | RETURN MAIL STIPULATION DATED 03/18/2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY:CITY COUNSEL FOR THE CITY OF PHILADELPHIA | | |

| | | | |
|---|---|---|---|
| 07-APR-2026 04:05 PM | MAILR - RETURNED MAIL RECEIVED | | |
| **Documents:** | MAILR_24.pdf | | |
| **Docket Entry:** | RETURN MAIL STIPULATION DATED 03/09/2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY:CITY COUNSEL FOR THE CITY OF PHILADELPHIA | | |
| | | | |
| 09-APR-2026 03:18 PM | PTFCT - PETITION FOR CONTEMPT | PEARSON, BRIANA | |
| **Documents:** | Flloyd - PI Petition for Civil Contempt to Enforce Court Approved Stipulation and Order and for Sanctions.pdf<br>Motion CoverSheet Form | | |
| **Docket Entry:** | 09-26042509 RESPONSE DATE 04/30/2026. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 10-APR-2026 11:41 AM | STPLR - STIPULATION FILED | PEARSON, BRIANA | |
| **Documents:** | Floyd - Stipulation and Proposed Order Granting PI.pdf | | |
| **Docket Entry:** | 03-26042603 STIPULATION TO GRANTING PLAINTIFFS LEAVE TO FILE PLAINTIFFS? FIRST AMENDED COMPLAINT FILED. AWAITING JUDICIAL APPROVAL (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |
| | | | |
| 10-APR-2026 12:06 PM | MTASN - MOTION ASSIGNED | | |
| **Docket Entry:** | 09-26042509 PETITION FOR CONTEMPT ASSIGNED TO JUDGE: EMERGENCY JUDGE, JUDGE . ON DATE: APRIL 10, 2026 | | |
| | | | |
| 10-APR-2026 12:06 PM | MRDUD - MOTION RESPONSE DATE UPDATED | | |
| **Docket Entry:** | 09-26042509 PETITION FOR CONTEMPT MOTION RESPONSE DATE UPDATED TO . | | |
| | | | |
| 10-APR-2026 02:10 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | HALL, CHRISTOPHER | |
| **Documents:** | ORDER_28.pdf | | |
| **Docket Entry:** | 09-26042509 - UPON CONSIDERATION OF DEFENDANT?S EMERGENCY MOTION, FILED UNDER CONTROL NUMBER 26042509, IT IS HEREBY ORDERED AND DECREED THAT A RULE IS ENTERED TO SHOW CAUSE WHY THE REQUESTED RELIEF SHOULD NOT BE GRANTED. RULE RETURNABLE ON TUESDAY, APRIL 14, 2026, AT 11:30AM IN COURTROOM | | |

275, CITY HALL, PHILADELPHIA, PENNSYLVANIA. AT THE TIME OF THE HEARING, THE PARTIES SHALL BE PREPARED TO PRESENT EVIDENCE AND/OR TESTIMONY AS TO THE ISSUES RAISED IN THE MOTION, AND ANY RESPONSE THERETO. ALL PARTIES MUST BE PRESENT AT THE HEARING. IT IS FURTHER ORDERED THAT PLAINTIFFS SHALL SERVE THE EMERGENCY MOTION AND THIS RULE TO SHOW CAUSE AND EX PARTE ORDER ON DEFENDANTS VIA PERSONAL SERVICE, EMAIL, AND/OR FACSIMILE NO LATER THAN MONDAY, APRIL 13, 2026 AT NOON.. PROOF OF SAID SERVICE SHALL BE PRESENTED VIA AN AFFIDAVIT OF SERVICE FILED ON THE DOCKET NO LATER THAN MONDAY, APRIL 13, 2026 AT 5:00PM. SHOULD PLAINTIFFS FAIL TO MAKE SERVICE, THE MOTION MAY BE DISMISSED OR DEFERRED. ...BY THE COURT: HALL, CHRISTOPHER R., J., 04.10.2026

| 10-APR-2026 02:10 PM | ZR236 - NOTICE GIVEN UNDER RULE 236 | | |
|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 10-APR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 10-APR-2026. | | |

| 10-APR-2026 02:10 PM | CMAMD - AMENDED COMPLAINT FILED | PEARSON, BRIANA | |
|---|---|---|---|
| **Documents:** | Floyd - PI First Amended Complaint.pdf | | |
| **Docket Entry:** | AMENDED COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY(20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |

| 10-APR-2026 02:29 PM | MTHRS - MOTION HEARING SCHEDULED | | |
|---|---|---|---|
| **Docket Entry:** | 09-26042509 - RULE RETURNABLE ON 04/14/2026 AT 11:30AM IN COURTROOM 275, CITY HALL, PHILADELPHIA, PENNSYLVANIA | | |

| 10-APR-2026 03:41 PM | STWAM - STIPULATION ASSIGNMENT MOOT | HALL, CHRISTOPHER | |
|---|---|---|---|
| **Docket Entry:** | 03-26042603 STIPULATION ASSINGMENT MOOT. STIPULATION APPROVED. JUDICIAL APPROVAL NOT REQUIRED AS ALL PARTIES HAVE CONSENTED. | | |

| 10-APR-2026 04:06 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | PEARSON, BRIANA | |
|---|---|---|---|
| **Documents:** | Aff of Service.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PETITION FOR CONTEMPT UPON WILLIAM B SHUEY, COMMITTEE ON HOUSING NEIGHBORHOOD DEVELOPMENT AND HOME AND CITY COUNCIL FOR THE CITY OF PHILADELPHIA BY ON 04/10/2026 FILED. (FILED ON BEHALF OF ERICA HADLEY AND SETH FLOYD) | | |