**GERMAN, GALLAGHER & MURTAGH**          **Attorneys for:  Plaintiffs**
**BY:  Briana Lynn Pearson, Esq.**          **Seth Floyd and Erica Hadley**
**IDENTIFICATION NO.  327007**
**THE BELLEVUE, FIFTH FLOOR**
**200 S. BROAD STREET**
**PHILADELPHIA, PA 19102**
**T:  215-545-7700**
**F:  215-732-4182**
**pearsonb@ggmfirm.com**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLOYD et al** | : | |
| | : | JURY DEMANDED |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 2:26-cv-02403 |
| **CITY COUNCIL FOR THE CITY** | : | |
| **OF PHILADELPHIA et al,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS
### SETH FLOYD AND ERICA HADLEY

TO THE CLERK OF COURT:

　　Kindly enter the appearance Briana Lynn Pearson, Esq. on behalf of Plaintiffs

Seth Floyd and Erica Hadley in the above-captioned case.


　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　GERMAN, GALLAGHER & MURTAGH


　　　　　　　　BY:　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　Briana Lynn Pearson, Esq.
　　　　　　　　　　　　*Attorneys for Plaintiff*

*April 13, 2026*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing Entry of Appearance was served upon all counsel of record in this matter. Service was effectuated via the Court's Electronic Case Filing system (ECF), which provides notice to all registered counsel of record.

Respectfully submitted,

GERMAN, GALLAGHER & MURTAGH

BY:  _____
Briana Lynn Pearson, Esq.
*Attorneys for Plaintiff*

*April 13, 2026*