**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

|  |  |
|---|---|
| **SETH FLOYD &** : | **MARCH TERM, 2026** |
| **ERICA HADLEY** : | |
| : | **NO. 02655** |
| **v.** : | |
| : | **Control No. 26042509** |
| **CITY OF PHILADELPHIA, et al.** | |

## *EX PARTE* ORDER AND RULE TO SHOW CAUSE

**AND NOW** this 10th day of April, 2026, upon consideration of Defendant's

Emergency Motion, filed under Control Number 26042509, it is hereby **ORDERED** and

**DECREED** that a **RULE** is entered to show cause why the requested relief should not be

granted.

**RULE RETURNABLE** on **TUESDAY, APRIL 14, 2026, at 11:30AM** in

Courtroom 275, City Hall, Philadelphia, Pennsylvania. At the time of the hearing, the

parties shall be prepared to present evidence and/or testimony as to the issues raised in

the Motion, and any response thereto. *All parties must be present at the hearing.*

It is further **ORDERED** that Plaintiffs shall serve the Emergency Motion and this

Rule to Show Cause and *Ex Parte* Order on Defendants via <u>personal service, email,</u>

<u>and/or facsimile</u> **no later than Monday, April 13, 2026 at noon.** Proof of said service

shall be presented via an Affidavit of Service filed on the docket <u>no later than Monday,</u>

<u>April 13, 2026 at 5:00PM.</u> Should Plaintiffs fail to make service, the motion may be

dismissed or deferred.

**BY THE COURT:**



J.

ORDER-Floyd Vs City Council For The City Of Philadelphia [ECD]

26030265500028