| | | |
|---|---|---|
| SETH FLOYD and ERICA HADLEY | : | |
| Plaintiffs, | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| v. | : | TRIAL DIVISION |
| | : | |
| CITY COUNCIL FOR THE CITY OF | : | MARCH TERM, 2026 |
| PHILADELPHIA and PHILADELPHIA CITY | : | |
| COUNCIL COMMITTEE ON HOUSING, | : | CIVIL CASE 2655 |
| NEIGHBORHOOD DEVELOPMENT AND | : | |
| THE HOMELESS | : | |
| Defendants | | |

On this 18th day of March, 2026, it is hereby STIPULATED by and between the parties, Plaintiffs Seth Floyd and Erica Hadley, and Defendants City Council for the City of Philadelphia ("Philadelphia City Council") and the Committee on Housing, Neighborhood Development and the Homeless ("The Committee"), the following:

- Philadelphia City Council Bill numbers 250329 and 250330 (the "Bills") will not be voted upon for final passage in City Council on March 19, 2026;
- Instead, the sponsor of Bill Numbers 250329 and 250330 will move to have the Bills referred back to the Committee;
- Should the Committee choose to have a hearing in the future on the Bills, the Defendants shall comply fully with the Sunshine Act as well as the Charter; and
- No party admits any fault or the violation of any law;

This stipulation is being made by agreement of the parties in lieu of the hearing scheduled for this day at 4pm, such hearing being no longer necessary, and Plaintiffs will request that the hearing be canceled and this stipulation be entered on the docket.

BY: _/s/_____
    John S. Summers, Esq.
    *Counsel for the Plaintiffs*

By: /s/ _____
    Lydia Furst, Esq.
    Chief Deputy City Solicitor
    *Counsel for the Defendants*

*Christopher R. Hall* 3/18/2026

So ORDERED _____

STPAP-Floyd Vs City Council For The City Of Philadelphia [ECD]



26030265500012