| | | |
|---|---|---|
| **FLOYD et al.** | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **v.** | : | |
| | : | **Civil Case ID No. 260302655** |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.** | : | |

## AFFIDAVIT OF SETH FLOYD

I, Seth Floyd, being duly sworn according to law, depose and state as follows:

1. I am an adult individual with the capacity to testify to the matters set forth herein, and the statements contained in this Affidavit are based upon my personal knowledge.

2. I am a resident of Philadelphia, Pennsylvania and a Plaintiff in the above-captioned matter.

3. I attended the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless hearings held on March 4, 2026, and March 30, 2026, and I provided comments and/or testimony at both hearings. There is an official record reflecting my presence and participation.

4. I personally observed that, although a quorum was present at the beginning of the hearings, only approximately two (2) to three (3) Councilmembers were present for substantial portions of the proceedings.

5. During the hearings, Councilmembers entered and exited the room repeatedly, resulting in extended periods during which fewer than four (4) Councilmembers were present.

6. At multiple points during the hearings, I observed that proceedings continued while only approximately two (2) to three (3) Councilmembers were present.

7.  Attached hereto as Exhibit "A" are true and correct photographs taken during the March 30, 2026 hearing.

8.  The photographs fairly and accurately depict the conditions I observed during the hearing, including that only approximately two (2) to three (3) Councilmembers were present at those times, which is fewer than the number required for a quorum.

9.  I have reviewed the photographs attached as Exhibit "A," and they fairly and accurately reflect what I observed during the March 30, 2026 hearing at or about the time they were taken.

10. I make this Affidavit based on my personal knowledge and for use in the above-captioned matter.

11. I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904.

*Seth Floyd*

SETH FLOYD

Date: 04/13/2026

# Ex. A.







Document Group ID: 97204be3ac8245658b75823f1073731d005180f5









**signNow**

## Document Group History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document Group Name:** | AFFIDAVIT OF SETH FLOYD |
| **Document Group ID:** | 97204be3ac8245658b75823f1073731d005180f5 |
| **Document Group Created:** | 04/13/2026 17:21:05 UTC |
| **Document Group Sent:** | 04/13/2026 17:22:34 UTC |
| **Document Group Status:** | Signed |
| | 04/13/2026 18:06:12UTC |
| **Documents:** | AFFIDAVIT OF SETH FLOYD.pdf |
| **Sender:** | bpearson@pearsonlawgroup.org |
| **Signers:** | sf@sellfastre.com |

| Client | Event | Documents | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|---|
| SignNow Web Application | Document Group created | | bpearson@pearsonlawgroup.org | 04/13/2026 17:21:05 pm UTC | 04/13/2026 17:21:05 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group sent to: sf@sellfastre.com | AFFIDAVIT OF SETH FLOYD | bpearson@pearsonlawgroup.org | 04/13/2026 17:22:36 pm UTC | 04/13/2026 17:22:33 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group downloaded | AFFIDAVIT OF SETH FLOYD | bpearson@pearsonlawgroup.org | 04/13/2026 17:28:55 pm UTC | 04/13/2026 17:28:51 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group Viewed | AFFIDAVIT OF SETH FLOYD | sf@sellfastre.com | 04/13/2026 18:06:01 pm UTC | 04/13/2026 18:06:01 pm UTC | 98.115.252.98 |
| SignNow Web Application | Document Group Signed by User | AFFIDAVIT OF SETH FLOYD | sf@sellfastre.com | 04/13/2026 18:06:12 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |
| SignNow Web Application | Document Group signed | | sf@sellfastre.com | 04/13/2026 18:06:12 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |
| SignNow Web Application | Signer sf@sellfastre.com received a signed document copy | AFFIDAVIT OF SETH FLOYD | sf@sellfastre.com | 04/13/2026 18:06:21 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |
| SignNow Web Application | Sender bpearson@pearsonlawgroup.org received a signed document copy | AFFIDAVIT OF SETH FLOYD | bpearson@pearsonlawgroup.org | 04/13/2026 18:06:21 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |
| SignNow Web Application | Document Group downloaded | AFFIDAVIT OF SETH FLOYD | bpearson@pearsonlawgroup.org | 04/13/2026 18:10:45 pm UTC | 04/13/2026 18:09:48 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group downloaded | AFFIDAVIT OF SETH FLOYD | bpearson@pearsonlawgroup.org | 04/13/2026 18:16:23 pm UTC | 04/13/2026 18:16:20 pm UTC | 75.147.101.17 |

| | |
|---|---|
| **Document name:** | AFFIDAVIT OF SETH FLOYD.pdf |
| **Document page count:** | 9 |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:21:04 pm UTC | 04/13/2026 17:20:59 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:21:09 pm UTC | 04/13/2026 17:21:08 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Saved | bpearson@pearsonlawgroup.org | 04/13/2026 17:22:23 pm UTC | 04/13/2026 17:22:23 pm UTC | 75.147.101.17 |
| SignNow Web Application | Invite Sent to: sf@sellfastre.com | bpearson@pearsonlawgroup.org | 04/13/2026 17:22:36 pm UTC | 04/13/2026 17:22:33 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | sf@sellfastre.com | 04/13/2026 18:06:01 pm UTC | 04/13/2026 18:06:01 pm UTC | 98.115.252.98 |
| SignNow Web Application | Viewed the Document | sf@sellfastre.com | 04/13/2026 18:06:01 pm UTC | 04/13/2026 18:06:01 pm UTC | 98.115.252.98 |
| SignNow Web Application | Added a Text | sf@sellfastre.com | 04/13/2026 18:06:12 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |
| SignNow Web Application | Signed the Document | sf@sellfastre.com | 04/13/2026 18:06:12 pm UTC | 04/13/2026 18:06:11 pm UTC | 98.115.252.98 |

| | | |
|---|---|---|
| **FLOYD et al.** | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **v.** | : | |
| | : | **Civil Case ID No. 260302655** |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.** | : | |

### AFFIDAVIT OF ERICA HADLEY

I, Erica Hadley, being duly sworn according to law, depose and state as follows:

1. I am an adult individual with the capacity to testify to the matters set forth herein, and the statements contained in this Affidavit are based upon my personal knowledge.

2. I am a small business owner and a taxpayer in Philadelphia, Pennsylvania and a Plaintiff in the above-captioned matter.

3. I attended the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless hearing held on March 30, 2026.

4. I personally observed that, although a quorum was present at the beginning of the hearing, only approximately two (2) to three (3) Councilmembers were present for substantial portions of the proceeding.

5. During the hearing, Councilmembers entered and exited the room repeatedly, resulting in extended periods during which fewer than four (4) Councilmembers were present.

6. At multiple points during the hearing, I observed that proceedings continued while only approximately two (2) to three (3) Councilmembers were present.

7. I provided testimony during the hearing, and there should be an official record reflecting my presence and participation.

8. Attached hereto as Exhibit "A" are true and correct photographs taken during the March 30, 2026 hearing.

9. The photographs fairly and accurately depict the conditions I observed during the hearing, including that only approximately two (2) to three (3) Councilmembers were present at those times, which is fewer than the number required for a quorum.

10. I have reviewed the photographs attached as Exhibit "A," and they fairly and accurately reflect the conditions I observed during the March 30, 2026 hearing at or about the time they were taken.

11. I make this Affidavit based on my personal knowledge and for use in the above-captioned matter.

12. I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904.

*ERICA HADLEY*

_____
Erica Hadley

Date: 04/13/2026
_____

Page 2 of 8

# Ex. A.















**signNow**

## Document Group History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document Group Name:** | AFFIDAVIT OF Erica Hadley |
| **Document Group ID:** | 3eed239336564ac08cebc2d5f73da60eebd91c39 |
| **Document Group Created:** | 04/13/2026 16:55:15 UTC |
| **Document Group Sent:** | 04/13/2026 16:57:11 UTC |
| **Document Group Status:** | Signed |
| | 04/13/2026 17:23:11UTC |
| **Documents:** | AFFIDAVIT OF Erica Hadley.pdf |

| | |
|---|---|
| **Sender:** | bpearson@pearsonlawgroup.org |
| **Signers:** | 24eharris@gmail.com |

| Client | Event | Documents | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|---|
| SignNow Web Application | Document Group created | | bpearson@pearsonlawgroup.org | 04/13/2026 16:55:15 pm UTC | 04/13/2026 16:55:15 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group sent to: 24eharris@gmail.com | AFFIDAVIT OF Erica Hadley | bpearson@pearsonlawgroup.org | 04/13/2026 16:57:13 pm UTC | 04/13/2026 16:57:10 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group Viewed | AFFIDAVIT OF Erica Hadley | 24eharris@gmail.com | 04/13/2026 17:19:00 pm UTC | 04/13/2026 17:19:00 pm UTC | 73.141.215.107 |
| SignNow Web Application | Document Group Viewed | AFFIDAVIT OF Erica Hadley | 24eharris@gmail.com | 04/13/2026 17:22:18 pm UTC | 04/13/2026 17:22:17 pm UTC | 73.141.215.107 |
| SignNow Web Application | Document Group signed | | 24eharris@gmail.com | 04/13/2026 17:23:11 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |
| SignNow Web Application | Document Group Signed by User | AFFIDAVIT OF Erica Hadley | 24eharris@gmail.com | 04/13/2026 17:23:11 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |
| SignNow Web Application | Sender bpearson@pearsonlawgroup.org received a signed document copy | AFFIDAVIT OF Erica Hadley | bpearson@pearsonlawgroup.org | 04/13/2026 17:23:20 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |
| SignNow Web Application | Signer 24eharris@gmail.com received a signed document copy | AFFIDAVIT OF Erica Hadley | 24eharris@gmail.com | 04/13/2026 17:23:20 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |
| SignNow Web Application | Document Group downloaded | AFFIDAVIT OF Erica Hadley | bpearson@pearsonlawgroup.org | 04/13/2026 17:29:13 pm UTC | 04/13/2026 17:29:08 pm UTC | 75.147.101.17 |

| | |
|---|---|
| **Document name:** | AFFIDAVIT OF Erica Hadley.pdf |
| **Document page count:** | 8 |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | bpearson@pearsonlawgroup.org | 04/13/2026 16:55:14 pm UTC | 04/13/2026 16:55:03 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 16:55:19 pm UTC | 04/13/2026 16:55:19 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Saved | bpearson@pearsonlawgroup.org | 04/13/2026 16:57:02 pm UTC | 04/13/2026 16:57:02 pm UTC | 75.147.101.17 |
| SignNow Web Application | Invite Sent to: 24eharris@gmail.com | bpearson@pearsonlawgroup.org | 04/13/2026 16:57:13 pm UTC | 04/13/2026 16:57:10 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | 24eharris@gmail.com | 04/13/2026 17:19:00 pm UTC | 04/13/2026 17:19:00 pm UTC | 73.141.215.107 |
| SignNow Web Application | Viewed the Document | 24eharris@gmail.com | 04/13/2026 17:19:00 pm UTC | 04/13/2026 17:19:00 pm UTC | 73.141.215.107 |
| SignNow Web Application | Viewed the Document | 24eharris@gmail.com | 04/13/2026 17:22:18 pm UTC | 04/13/2026 17:22:17 pm UTC | 73.141.215.107 |
| SignNow Web Application | Viewed the Document | 24eharris@gmail.com | 04/13/2026 17:22:18 pm UTC | 04/13/2026 17:22:17 pm UTC | 73.141.215.107 |
| SignNow Web Application | Added a Text | 24eharris@gmail.com | 04/13/2026 17:23:11 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |
| SignNow Web Application | Signed the Document | 24eharris@gmail.com | 04/13/2026 17:23:11 pm UTC | 04/13/2026 17:23:10 pm UTC | 73.141.215.107 |

| | |
|---|---|
| **FLOYD et al.** | :   **COURT OF COMMON PLEAS** |
| | :   **PHILADELPHIA COUNTY** |
| **v.** | : |
| | :   **Civil Case ID No. 260302655** |
| **CITY COUNCIL FOR THE CITY OF** | : |
| **PHILADELPHIA, et al.** | : |

### AFFIDAVIT OF TSILINA AYBIN

I, Tsilina Aybin, being duly sworn according to law, depose and state as follows:

1.  I am an adult individual with the capacity to testify to the matters set forth herein, and the statements contained in this Affidavit are based upon my personal knowledge.

2.  I am a small business owner and a taxpayer in Philadelphia, Pennsylvania.

3.  I attended the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless hearings held on March 4, 2026, and March 30, 2026.

4.  I personally observed that only approximately two (2) to three (3) Councilmembers were present for substantial portions of both proceedings.

5.  During the hearings, Councilmembers entered and exited the room repeatedly, resulting in extended periods during which fewer than four (4) Councilmembers were present.

6.  At multiple points during the hearings, I observed that proceedings continued while only approximately two (2) to three (3) Councilmembers were present.

7.  Attached hereto as Exhibit "A" are true and correct photographs taken during the March 30, 2026 hearing.

8. The photographs fairly and accurately depict the conditions I observed during the hearing, including that only approximately two (2) to three (3) Councilmembers were present at those times, which is fewer than the number required for a quorum.

9. I observed the photographs attached as Exhibit "A," and they fairly and accurately reflect the conditions I observed during the March 30, 2026 hearing at or about the time they were taken.

10. I make this Affidavit based on my personal knowledge and for use in the above-captioned matter.

11. I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904.

TSILINA AYBIN

Date: 04/13/2026

# Ex. A.

Document Group ID: a99a2e68d41240ab93efdfa0dcf30d9778241773





Document Group ID: a99a2e68d41240ab93efdfa0dcf30d9778241773







Page 7 of 8





**signNow**

## Document Group History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document Group Name:** | TSILINA AYBIN Affidavit |
| **Document Group ID:** | a99a2e68d41240ab93efdfa0dcf30d9778241773 |
| **Document Group Created:** | 04/13/2026 17:42:22 UTC |
| **Document Group Sent:** | 04/13/2026 17:46:01 UTC |
| **Document Group Status:** | Signed |
| | 04/13/2026 17:47:53UTC |
| **Documents:** | TSILINA AYBIN Affidavit.pdf |

| | |
|---|---|
| **Sender:** | bpearson@pearsonlawgroup.org |
| **Signers:** | tsilina.aybin@alphafig.com |

| Client | Event | Documents | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|---|
| SignNow Web Application | Document Group created | | bpearson@pearsonlawgroup.org | 04/13/2026 17:42:22 pm UTC | 04/13/2026 17:42:22 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group sent to: tsilina.aybin@alphafig.com | TSILINA AYBIN Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 17:46:03 pm UTC | 04/13/2026 17:46:00 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group Viewed | TSILINA AYBIN Affidavit | tsilina.aybin@alphafig.com | 04/13/2026 17:47:32 pm UTC | 04/13/2026 17:47:33 pm UTC | 98.115.246.31 |
| SignNow Web Application | Document Group Signed by User | TSILINA AYBIN Affidavit | tsilina.aybin@alphafig.com | 04/13/2026 17:47:53 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Document Group signed | | tsilina.aybin@alphafig.com | 04/13/2026 17:47:53 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Sender bpearson@pearsonlawgroup.org received a signed document copy | TSILINA AYBIN Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 17:47:59 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Signer tsilina.aybin@alphafig.com received a signed document copy | TSILINA AYBIN Affidavit | tsilina.aybin@alphafig.com | 04/13/2026 17:47:59 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Document Group downloaded | TSILINA AYBIN Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 17:51:21 pm UTC | 04/13/2026 17:51:15 pm UTC | 75.147.101.17 |

| | |
|---|---|
| **Document name:** | TSILINA AYBIN Affidavit.pdf |
| **Document page count:** | 8 |

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:42:21 pm UTC | 04/13/2026 17:42:14 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:42:25 pm UTC | 04/13/2026 17:42:25 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Saved | bpearson@pearsonlawgroup.org | 04/13/2026 17:45:52 pm UTC | 04/13/2026 17:45:51 pm UTC | 75.147.101.17 |
| SignNow Web Application | Invite Sent to: tsilina.aybin@alphafig.com | bpearson@pearsonlawgroup.org | 04/13/2026 17:46:03 pm UTC | 04/13/2026 17:46:00 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | tsilina.aybin@alphafig.com | 04/13/2026 17:47:32 pm UTC | 04/13/2026 17:47:33 pm UTC | 98.115.246.31 |
| SignNow Web Application | Viewed the Document | tsilina.aybin@alphafig.com | 04/13/2026 17:47:32 pm UTC | 04/13/2026 17:47:33 pm UTC | 98.115.246.31 |
| SignNow Web Application | Unfinished Document | tsilina.aybin@alphafig.com | 04/13/2026 17:47:48 pm UTC | 04/13/2026 17:47:48 pm UTC | 98.115.246.31 |
| SignNow Web Application | Added a Text | tsilina.aybin@alphafig.com | 04/13/2026 17:47:52 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Signed the Document | tsilina.aybin@alphafig.com | 04/13/2026 17:47:52 pm UTC | 04/13/2026 17:47:52 pm UTC | 98.115.246.31 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:55:10 pm UTC | 04/13/2026 17:55:10 pm UTC | 75.147.101.17 |

| | | |
|---|---|---|
| **FLOYD et al.** | : | **COURT OF COMMON PLEAS** |
| | : | **PHILADELPHIA COUNTY** |
| **v.** | : | |
| | : | **Civil Case ID No. 260302655** |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.** | : | |

## AFFIDAVIT OF AFFIDAVIT OF ARICA MILLER

I, Arica Miller, being duly sworn according to law, depose and state as follows:

1. I am an adult individual with the capacity to testify to the matters set forth herein, and the statements contained in this Affidavit are based upon my personal knowledge.

2. I am a small business owner and a taxpayer in Philadelphia, Pennsylvania.

3. I attended the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless hearing held on March 4, 2026.

4. I personally observed that only approximately two (2) to three (3) Councilmembers were present for substantial portions of the proceeding.

5. During the hearing, Councilmembers entered and exited the room repeatedly, resulting in extended periods during which fewer than four (4) Councilmembers were present.

6. At multiple points during the hearing, I observed that proceedings continued while only approximately two (2) to three (3) Councilmembers were present.

7. I make this Affidavit based on my personal knowledge and for use in the above-captioned matter.

Page 1 of 2

8. I verify that the statements made in this Affidavit are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904.

*Arica Bryan-Miller*

_____

Arica Miller

Date: 04/13/2026 _____



## Document Group History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

**Document Group Name:** Arica Miller Affidavit
**Document Group ID:** 211d36a3dc7147019476141e3405db5dd1245ca7
**Document Group Created:** 04/13/2026 17:56:55 UTC
**Document Group Sent:** 04/13/2026 17:57:07 UTC
**Document Group Status:** Signed
04/13/2026 18:05:25UTC
**Documents:** Arica Miller Affidavit.pdf

**Sender:** bpearson@pearsonlawgroup.org
**Signers:** homesbyarica@gmail.com

| Client | Event | Documents | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|---|
| SignNow Web Application | Document Group created | | bpearson@pearsonlawgroup.org | 04/13/2026 17:57:05 pm UTC | | 75.147.101.17 |
| SignNow Web Application | Document Group sent to: homesbyarica@gmail.com | Arica Miller Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 17:57:08 pm UTC | 04/13/2026 17:57:06 pm UTC | 75.147.101.17 |
| SignNow Web Application | Started Making Corrections | | bpearson@pearsonlawgroup.org | 04/13/2026 18:02:58 pm UTC | 04/13/2026 18:02:58 pm UTC | 75.147.101.17 |
| SignNow Web Application | Finished Making Corrections | | bpearson@pearsonlawgroup.org | 04/13/2026 18:03:30 pm UTC | 04/13/2026 18:03:29 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Group Viewed | Arica Miller Affidavit | homesbyarica@gmail.com | 04/13/2026 18:05:12 pm UTC | 04/13/2026 18:05:11 pm UTC | 73.30.10.213 |
| SignNow Web Application | Document Group Signed by User | Arica Miller Affidavit | homesbyarica@gmail.com | 04/13/2026 18:05:25 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |
| SignNow Web Application | Document Group signed | | homesbyarica@gmail.com | 04/13/2026 18:05:25 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |
| SignNow Web Application | Signer homesbyarica@gmail.com received a signed document copy | Arica Miller Affidavit | homesbyarica@gmail.com | 04/13/2026 18:05:32 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |
| SignNow Web Application | Sender bpearson@pearsonlawgroup.org received a signed document copy | Arica Miller Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 18:05:32 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |
| SignNow Web Application | Document Group downloaded | Arica Miller Affidavit | bpearson@pearsonlawgroup.org | 04/13/2026 18:11:50 pm UTC | 04/13/2026 18:11:22 pm UTC | 75.147.101.17 |

**Document name:** Arica Miller Affidavit.pdf
**Document page count:** 2

| Client | Event | By | Server Time | Client Time | IP Address |
|---|---|---|---|---|---|
| SignNow Web Application | Uploaded the Document | bpearson@pearsonlawgroup.org | 04/13/2026 17:56:54 pm UTC | 04/13/2026 17:56:52 pm UTC | 75.147.101.17 |
| SignNow Web Application | Copied from Template | bpearson@pearsonlawgroup.org | 04/13/2026 17:56:55 pm UTC | 04/13/2026 17:56:52 pm UTC | 75.147.101.17 |
| SignNow Web Application | Invite Sent to: homesbyarica@gmail.com | bpearson@pearsonlawgroup.org | 04/13/2026 17:57:08 pm UTC | 04/13/2026 17:57:06 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 18:02:24 pm UTC | 04/13/2026 18:02:24 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | bpearson@pearsonlawgroup.org | 04/13/2026 18:03:01 pm UTC | 04/13/2026 18:03:00 pm UTC | 75.147.101.17 |
| SignNow Web Application | Document Saved | bpearson@pearsonlawgroup.org | 04/13/2026 18:03:22 pm UTC | 04/13/2026 18:03:22 pm UTC | 75.147.101.17 |
| SignNow Web Application | Viewed the Document | homesbyarica@gmail.com | 04/13/2026 18:05:12 pm UTC | 04/13/2026 18:05:11 pm UTC | 73.30.10.213 |
| SignNow Web Application | Viewed the Document | homesbyarica@gmail.com | 04/13/2026 18:05:12 pm UTC | 04/13/2026 18:05:11 pm UTC | 73.30.10.213 |
| SignNow Web Application | Unfinished Document | homesbyarica@gmail.com | 04/13/2026 18:05:22 pm UTC | 04/13/2026 18:05:22 pm UTC | 73.30.10.213 |
| SignNow Web Application | Added a Text | homesbyarica@gmail.com | 04/13/2026 18:05:25 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |
| SignNow Web Application | Signed the Document | homesbyarica@gmail.com | 04/13/2026 18:05:25 pm UTC | 04/13/2026 18:05:24 pm UTC | 73.30.10.213 |