### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLOYD et al** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **CITY COUNCIL FOR THE CITY OF** | : | **NO.: 26-cv-2403** |
| **PHILADELPHIA et al** | : | |

## O R D E R

**AND NOW**, this **14th** day of **APRIL 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Wendy Beetlestone for further proceedings.

**FOR THE COURT:**

**WENDY BEETLESTONE**
**Chief Judge**

**ATTEST:**

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**