IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH FLOYD and ERICA HADLEY, **Plaintiffs,** | CIVIL ACTION |
| v. | |
| CITY COUNCIL FOR THE CITY OF PHILADELPHIA and PHILADELPHIA CITY COUNCIL COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT AND THE HOMELESS, **Defendants.** | NO.  26-2403 |

# O R D E R

**AND NOW**, this 14th day of April, 2026, upon consideration of Plaintiffs' Emergency Motion to Remand and For Expedited Consideration (ECF No. 6), **IT IS HEREBY ORDERED** that said Motion is **DENIED WITHOUT PREJUDICE**.[1]

BY THE COURT:

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.

---

[1] Plaintiffs cite no legal authority to support their contention that remand is proper.  An argument unsupported by pertinent authority is forfeited.  *See Reynolds v. Wagner*, 128 F.3d 166, 178 (3d Cir. 1997) ("[A]n argument consisting of no more than a conclusory assertion such as the one made here . . . will be deemed waived."); Local Rule 7.1(c) ("Every motion not certified as uncontested, or not governed by Local Civil Rule 26.1(g), shall be accompanied by a brief containing a concise statement of the legal contentions *and authorities relied upon* in support of the motion.") (emphasis added); *see also United States v. Heatherly*, 985 F.3d 254, 270 (3d Cir. 2021) (treating failure to "develop[ ] . . . arguments properly" as forfeiture).