IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH FLOYD and ERICA HADLEY,<br>**Plaintiffs,** | CIVIL ACTION |
| v. | |
| CITY COUNCIL FOR THE CITY OF<br>PHILADELPHIA and PHILADELPHIA<br>CITY COUNCIL COMMITTEE ON<br>HOUSING, NEIGHBORHOOD<br>DEVELOPMENT AND THE HOMELESS,<br>**Defendants.** | NO.  26-2403 |

## O R D E R

**AND NOW**, this 15th day of April, 2026, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 8), after a hearing in open court, **IT IS HEREBY ORDERED** that said Motion is **DENIED**, except to the extent that it requests the scheduling of a contempt hearing, for the reasons set forth on the record.

**IT IS HEREBY FURTHER ORDERED** as follows:

1.  Discovery pertaining to the alleged contempt shall be completed by **Friday, May 15, 2026**;

2.  Plaintiffs may file a Motion for Contempt and to Enforce Court Order **on or before Friday, May 29, 2026**;

3.  Defendants shall file a Response to that Motion **on or before Friday, June 5, 2026**;

4.  Plaintiffs may file a Reply to that Response **on or before Friday, June 12, 2026**;

5.  A hearing regarding Plaintiffs' Motion shall take place on **Thursday, June 25, 2026, at 3:00 pm** in Courtroom 10-A of 601 Market Street, Philadelphia, PA 19106.

2

BY THE COURT:

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.