**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 26-cv-02403** |
| | : | |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

**DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTEMPT**

Defendants, City Council for the City of Philadelphia and Philadelphia City Council

Committee on Housing, Neighborhood Development and the Homeless, file this response in

opposition to Plaintiffs' Motion for Contempt.  The Court should deny the Motion for the

reasons more fully explained in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' motion.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Renee Garcia, City Solicitor

Date: June 5, 2026                    By: */s/ Michael Pfautz*

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney

MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor

Affirmative & Special Litigation

CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone:  (215) 683-5233
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Response, Memorandum of Law, and Proposed Order upon all counsel of record via ECF system.


Date: June 5, 2026

/s/ Michael Pfautz
Michael Pfautz
Deputy City Solicitor
