**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **SETH FLOYD, et al.,** : | |
| **Plaintiffs,** : | |
| : | **Civil Action** |
| **v.** : | **No. 26-cv-02403** |
| : | |
| **CITY COUNCIL FOR THE CITY OF** : | |
| **PHILADELPHIA, et al.,** : | |
| **Defendants.** : | |
| : | |

**ORDER**

AND NOW, this_____day of_____, 2026, upon consideration of

Plaintiffs' Motion for Contempt and the Defendants' response thereto, it is **HEREBY**

**ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____

, J.