IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SETH FLOYD, et al.                          :          CIVIL ACTION

          v.                                   :          NO. 26-2403

CITY COUNCIL FOR THE CITY OF          :
PHILADELPHIA, et al.

CONFERENCE ORDER

       A settlement conference will be held on **Thursday, September 10 2026,** at **10:00 AM.** before the Honorable Elizabeth L. Toplin, United States Magistrate Judge, via Zoom.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.</u>  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff</u>.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

     **Please complete the attached summary and email it with the case synopsis to** **[Chambers_of_Magistrate_Judge_Elizabeth_Toplin@paed.uscourts.gov](mailto:Chambers_of_Magistrate_Judge_Elizabeth_Toplin@paed.uscourts.gov)** **on or before September 3, 2026** and exchange them between counsel. After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter setting forth updated positions **on or before September 7, 2026** to **[Chambers_of_Magistrate_Judge_Elizabeth_Toplin@paed.uscourts.gov](mailto:Chambers_of_Magistrate_Judge_Elizabeth_Toplin@paed.uscourts.gov)**.

                         BY THE COURT:

                         */s/ Elizabeth L. Toplin*
                         ELIZABETH L. TOPLIN
                         UNITED STATES MAGISTRATE JUDGE

Date:   July 23, 2026

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## <u>SETTLEMENT CONFERENCE SUMMARY</u>

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____    JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name: _____
Address: _____
Phone: _____
Client: _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**
_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **<u>IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.</u>**)