IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SETH FLOYD, et al., | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action** |
| | : | **No. 26-cv-02403** |
| CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al., | | |
| **Defendants.** | | |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants, City Council for the City of Philadelphia and Philadelphia City Council

Committee on Housing, Neighborhood Development and the Homeless, file this motion to

dismiss Plaintiffs' Second Amended Complaint. The Court should dismiss the Second Amended

Complaint in its entirety and with prejudice for reasons more fully explained in the

accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiffs'

Second Amended Complaint with prejudice.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Renee Garcia, City Solicitor

Date: August 4, 2026      By: _/s/   William B. Shuey_

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney
MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor
Affirmative & Special Litigation
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
*Counsel for Defendants*