## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Motion, Memorandum of Law, and Proposed Order upon all counsel of record via ECF system.

Date: August 4, 2026                                    */s/ William B. Shuey*

                                                       William B. Shuey
                                                       Senior Attorney