**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 26-cv-02403** |
| **CITY COUNCIL FOR THE CITY OF** | : | |
| **PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this_____day of_____, 2026, upon consideration of

Plaintiffs' Second Amended Complaint and the Defendants' response thereto, it is **HEREBY**

**ORDERED** that the Motion to Dismiss is **SUSTAINED**. Plaintiffs' Second Amended

Complaint is dismissed **WITH PREJUDICE**.

BY THE COURT:

_____
, J.