**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| SETH FLOYD, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY COUNCIL FOR THE CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants.* | Case No. 2:26-cv-02403-WB |

**MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE***

1.      The Tenant Union Representative Network and One Pennsylvania Activists United (Proposed *Amici*) hereby move to participate in this matter as *amici curiae*. In support of their motion, they attach a brief, a proposed *amici curiae* brief, and a proposed order.

2.      Proposed *Amici* sought consent from Plaintiffs and Defendants. Plaintiffs report that they will not consent to the motion at this time. Defendants have not yet responded.

Date: August 4, 2026

Respectfully submitted,

*/s/ Daniel Urevick-Ackelsberg*
Daniel Urevick-Ackelsberg (PA No. 307758)
Olivia Mania (PA No. 336161)
PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103
267-546-1316
dackelsberg@pubintlaw.org
omania@pubintlaw.org
*Counsel for Proposed Amici*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Urevick-Ackelsberg, certify that on this date I caused the foregoing document to be filed electronically with this court, where it is available for viewing and downloading from the Court's ECF System.

Date: August 4, 2026

By: <u>/s/ Daniel Urevick-Ackelsberg</u>
Daniel Urevick-Ackelsberg

2