**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SETH FLOYD, *et al.*,<br><br>        *Plaintiffs,*<br><br>    v.<br><br>CITY COUNCIL FOR THE CITY OF PHILADELPHIA, *et al.*,<br><br>        *Defendants.* | Case No. 2:26-cv-02403-WB |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2026, and in consideration of Proposed Amici's Motion for Leave to Participate as Amici Curiae, and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The Clerk shall docket the Proposed Brief (ECF No. _____).


Dated: _____                  _____

                                                    Hon. Wendy Beetlestone, C.J.