IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SETH FLOYD et al                          :
                                          :       CIVIL ACTION
           v.                             :
                                          :       NO. 26-2403-WB
CITY COUNCIL FOR THE CITY OF              :
PHILADELPHIA et al                        :

**O R D E R**

**AND NOW**, this 7th day of August 2026, with the agreement of Counsel, it is hereby

**ORDERED** that a Telephonic Status Conference is scheduled before the undersigned on

Wednesday, August 12, 2026, 10:30 a.m.

The senior attorney in charge of the matter for each of the parties is required to personally

participate at the conference call.  In the event senior counsel is unable to participate, he or she

shall arrange for a representative familiar with the case to be present at the time of the conference

call.

                                          BY THE COURT:


                                          */s/ Elizabeth L. Toplin*
                                          ELIZABETH L. TOPLIN
                                          UNITED STATES MAGISTRATE JUDGE