**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FLOYD et al. | : | |
| | : | |
| v. | : | No. 2:26-cv-02403 |
| CITY COUNCIL FOR THE CITY OF | : | |
| PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this _____ day of __________________, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs Seth Floyd and Erica Hadley's Response in Opposition thereto, Plaintiffs' Memorandum of Law in Support thereof, and any reply thereto, it is hereby ORDERED that Defendants' Motion to Dismiss is DENIED.

BY THE COURT:

______________________________

WENDY BEETLESTONE, J.