**PEARSON LAW GROUP**
**By: Briana Lynn Pearson, Esquire**
**Identification No. 327007**
**1500 Chestnut St. Suite 2 #2898**
**Philadelphia, PA 19102**
**Phone: 484-469-0322**
**Fax: 856-229-9991**
**Email: bpearson@pearsonlawgroup.org**

**Attorneys for Plaintiffs,**
***Seth Floyd and***
***Erica Hadley***

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

| | |
|---|---|
| FLOYD et al. | : |
| | : |
| v. | : No. 2:26-cv-02403 |
| CITY COUNCIL FOR THE CITY OF | : |
| PHILADELPHIA, et al. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2026, a true and correct copy of the foregoing Memorandum of Law was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record who are registered CM/ECF users.

Respectfully submitted,

PEARSON LAW GROUP LLC

Briana Lynn Pearson, Esquire
*Attorneys for Plaintiffs*

Dated: 8-18-26