**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FLOYD et al. | : | |
| | : | |
| v. | : | No. 2:26-cv-02403 |
| CITY COUNCIL FOR THE CITY OF | : | |
| PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this ___ day of __________, 2026, upon consideration of the Motion for Leave to Participate as Amici Curiae filed by the Tenant Union Representative Network and One Pennsylvania Activists United, Plaintiffs' Response in Opposition thereto, and Plaintiffs' accompanying Memorandum of Law, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

______________________________

WENDY BEETLESTONE, J.