**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FLOYD et al. | : | |
| | : | |
| v. | : | No. 2:26-cv-02403 |
| CITY COUNCIL FOR THE CITY OF | : | |
| PHILADELPHIA, et al. | : | |

**ORDER**

**AND NOW**, this ___ day of __________, 2026, upon consideration of **Plaintiffs' Motion to Compel Discovery and Depositions and to Modify the Scheduling Order**, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

1. Defendants shall provide complete, individualized responses to Plaintiffs' outstanding written discovery and produce responsive, nonprivileged materials, including appropriate identification of information withheld pursuant to Federal Rule of Civil Procedure 26(b)(5)(A).
2. The deposition of **Cade Underwood** may proceed as to relevant, discoverable, nonprivileged matters, on a mutually agreeable date.
3. The current **October 23, 2026 discovery deadline is extended by ninety (90) days, through January 21, 2027**, to permit completion of outstanding discovery.

**BY THE COURT:**

______________________________

**WENDY BEETLESTONE, C.J.**
**United States District Judge**