# Ex. A

Briana Pearson <bpearson@pearsonlawgroup.org>

## 2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al_ Protective Order

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Tue, Jul 21, 2026 at 9:38 PM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>

Counsel,
Attached, please find Plaintiffs' redlined version of the proposed Protective Order for your review. I am happy to discuss any of the proposed revisions and work toward an agreed order; however, *I* believe that the Protective Order should protect legitimately confidential information without unnecessarily impeding discovery or delaying the production and use of discoverable materials. Please let me know your thoughts after you have had an opportunity to review it.
Best
Briana

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

**Protective Order DRAFT.docx**
64K

PEARSON LAW

Briana Pearson <bpearson@pearsonlawgroup.org>

# 2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al-Discovey

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Tue, Jul 21, 2026 at 8:25 PM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>

Counsel,

I have reviewed Defendants' initial discovery responses and have several matters I would like to address in an effort to move discovery forward efficiently.

First, many of Defendants' interrogatory answers and responses to requests for production are deficient. Numerous responses consist primarily of generalized objections or refer Plaintiffs to publicly available materials without fully responding to the requests. I respectfully request that Defendants review their responses and supplement them where appropriate to provide complete responses consistent with the Federal Rules of Civil Procedure in order to avoid unnecessary motion practice.

Second, I am still unable to open the video file that was produced as Exhibit B. I have attempted to access it multiple times without success. If possible, would you please provide the recording in a different format or by an alternative method of transfer?

Third, I would like to begin scheduling depositions. Would either August 19th or August 27 work for any or all of the following depositions?
Ed Harris;
Cade Underwood; and
Defendants' Rule 30(b)(6) designee.

If those dates are not available, please let me know alternative dates that work for the respective witnesses.

Lastly, my clients and I are available for an in-person settlement conference on the following dates:

August 24, 2026
August 31, 2026
September 2, 2026
September 3, 2026

Best,
Briana

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

PEARSON LAW

Briana Pearson <bpearson@pearsonlawgroup.org>

# Re: 2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al-Discovey

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Wed, Jul 29, 2026 at 1:39 PM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>

Following up.

On Tue, Jul 21, 2026 at 8:25 PM Briana Pearson <bpearson@pearsonlawgroup.org> wrote:

Counsel,

I have reviewed Defendants' initial discovery responses and have several matters I would like to address in an effort to move discovery forward efficiently.

First, many of Defendants' interrogatory answers and responses to requests for production are deficient. Numerous responses consist primarily of generalized objections or refer Plaintiffs to publicly available materials without fully responding to the requests. I respectfully request that Defendants review their responses and supplement them where appropriate to provide complete responses consistent with the Federal Rules of Civil Procedure in order to avoid unnecessary motion practice.

Second, I am still unable to open the video file that was produced as Exhibit B. I have attempted to access it multiple times without success. If possible, would you please provide the recording in a different format or by an alternative method of transfer?

Third, I would like to begin scheduling depositions. Would either August 19th or August 27 work for any or all of the following depositions?
Ed Harris;
Cade Underwood; and
Defendants' Rule 30(b)(6) designee.

If those dates are not available, please let me know alternative dates that work for the respective witnesses.

Lastly, my clients and I are available for an in-person settlement conference on the following dates:

August 24, 2026
August 31, 2026
September 2, 2026
September 3, 2026

Best,
Briana

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

--

Very truly yours,

Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

PEARSON LAW

Briana Pearson <bpearson@pearsonlawgroup.org>

# Re: 2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al-Discovey

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Wed, Jul 29, 2026 at 1:39 PM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>

Following up.

On Tue, Jul 21, 2026 at 8:25 PM Briana Pearson <bpearson@pearsonlawgroup.org> wrote:

> Counsel,
>
> I have reviewed Defendants' initial discovery responses and have several matters I would like to address in an effort to move discovery forward efficiently.
>
> First, many of Defendants' interrogatory answers and responses to requests for production are deficient. Numerous responses consist primarily of generalized objections or refer Plaintiffs to publicly available materials without fully responding to the requests. I respectfully request that Defendants review their responses and supplement them where appropriate to provide complete responses consistent with the Federal Rules of Civil Procedure in order to avoid unnecessary motion practice.
>
> Second, I am still unable to open the video file that was produced as Exhibit B. I have attempted to access it multiple times without success. If possible, would you please provide the recording in a different format or by an alternative method of transfer?
>
> Third, I would like to begin scheduling depositions. Would either August 19th or August 27 work for any or all of the following depositions?
> Ed Harris;
> Cade Underwood; and
> Defendants' Rule 30(b)(6) designee.
>
> If those dates are not available, please let me know alternative dates that work for the respective witnesses.
>
> Lastly, my clients and I are available for an in-person settlement conference on the following dates:
>
> August 24, 2026
> August 31, 2026
> September 2, 2026
> September 3, 2026
>
> Best,
> Briana
>
> --
>
> Very truly yours,
> Briana Lynn Pearson, JD, MBA, Esq.
> Pearson Law Group, LLC
> 1500 Chestnut St. Suite 2 #2898
> Philadelphia, PA 19102Phone: 484-469-0322
> Fax: 856-229-9991
> Email: bpearson@pearsonlawgroup.org
> Website: pearsonlegal.org
>
> **CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

PEARSON LAW

Briana Pearson <bpearson@pearsonlawgroup.org>

# Re: 2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al-Discovey

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Tue, Aug 4, 2026 at 12:15 PM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>

Counsel,
I am following up before engaging in motion practice here.

On Wed, Jul 29, 2026 at 1:39 PM Briana Pearson <bpearson@pearsonlawgroup.org> wrote:

> Following up.
>
> On Tue, Jul 21, 2026 at 8:25 PM Briana Pearson <bpearson@pearsonlawgroup.org> wrote:
>
>> Counsel,
>>
>> I have reviewed Defendants' initial discovery responses and have several matters I would like to address in an effort to move discovery forward efficiently.
>>
>> First, many of Defendants' interrogatory answers and responses to requests for production are deficient. Numerous responses consist primarily of generalized objections or refer Plaintiffs to publicly available materials without fully responding to the requests. I respectfully request that Defendants review their responses and supplement them where appropriate to provide complete responses consistent with the Federal Rules of Civil Procedure in order to avoid unnecessary motion practice.
>>
>> Second, I am still unable to open the video file that was produced as Exhibit B. I have attempted to access it multiple times without success. If possible, would you please provide the recording in a different format or by an alternative method of transfer?
>>
>> Third, I would like to begin scheduling depositions. Would either August 19th or August 27 work for any or all of the following depositions?
>> Ed Harris;
>> Cade Underwood; and
>> Defendants' Rule 30(b)(6) designee.
>>
>> If those dates are not available, please let me know alternative dates that work for the respective witnesses.
>>
>> Lastly, my clients and I are available for an in-person settlement conference on the following dates:
>>
>> August 24, 2026
>> August 31, 2026
>> September 2, 2026
>> September 3, 2026
>>
>> Best,
>> Briana
>>
>> --
>>
>> Very truly yours,
>> Briana Lynn Pearson, JD, MBA, Esq.
>> Pearson Law Group, LLC
>> 1500 Chestnut St. Suite 2 #2898
>> Philadelphia, PA 19102Phone: 484-469-0322
>> Fax: 856-229-9991
>> Email: bpearson@pearsonlawgroup.org
>> Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.

PEARSON LAW

**Briana Pearson <bpearson@pearsonlawgroup.org>**

## Re: Floyd & Hadley v. City of Philadelphia

1 message

**Briana Pearson** <bpearson@pearsonlawgroup.org> Wed, Jul 1, 2026 at 9:30 AM
To: William Shuey <William.Shuey@phila.gov>, Michael Pfautz <Michael.Pfautz@phila.gov>
Bcc: bpearson@pearsonlawgroup.org

Following up on my email below.

Very truly yours,

Briana L. Pearson, Esq.

Pearson Law Group

1500 Chestnut St.,

Suite 2 #2898

Philadelphia, PA 19102

P: 484-469-0322

F: 856-229-9991

www.pearsonlegal.org

Sent from my iPad

On Jun 30, 2026, at 12:17 AM, Briana Pearson <bpearson@pearsonlawgroup.org> wrote:

Counsel,
I am writing to let you know that I have been unable to access Exhibit D. I attempted to open the file using multiple methods, but it appears inaccessible. For your reference, I have attached the error messages I received when attempting to access the file. Would you
kindly resend Exhibit D in an accessible format.Also, I should have a revised version of the protective order over to you shortly.
Best,
Briana

--

Very truly yours,
Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102Phone: 484-469-0322
Fax: 856-229-9991
Email: bpearson@pearsonlawgroup.org
Website: pearsonlegal.org

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure.
<IMG_0265.HEIC>
<IMG_0264.HEIC>
<IMG_0266.HEIC>