# Ex. C

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SETH FLOYD, et al.,**<br>Plaintiffs,<br><br>v.<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>Defendants. | No. 2:26-cv-02403 |

**DEFENDANTS' RESPONSES AND OBJECTIONS**
**TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 26.1 Defendants City Council for the City of Philadelphia ("City Council") and the Philadelphia City Council Committee on Housing, Neighborhood and the Homeless (the "Committee") (together, "Defendants"), by and through their undersigned counsel, respond to Plaintiffs' Second Set of Interrogatories (the "Interrogatories") as follows:

**RESPONSES AND OBJECTIONS TO INTERROGATORIES**

**INTERROGATORIES 1-16**: Plaintiffs previously served 25 interrogatories on Defendants such that these Interrogatories are beyond the permitted number specified in Federal Rule of Civil Procedure 33(a) and thus, without waiver of objections, Defendants provide no response.[1]

[1] As noted in Defendants' email of August 5, 2026, these Interrogatories are also independently barred by legislative immunity and privilege, among other things, and are the subject of the Court's pending August 27, 2026 discovery dispute telephone conference. Defendants remain open to a meet-and-confer call regarding a reasonable number of additional interrogatories relevant to new claims in the Second Amended Complaint that do not infringe on legislative immunity and privilege.

Dated: August 20, 2026

By: */s/ William B. Shuey*

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney
MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
William.Shuey@phila.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories was served upon counsel of record by electronic mail, addressed as follows:

Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102
Email: bpearson@pearsonlawgroup.org
*Counsel for Plaintiffs*

/s/ William B. Shuey
Senior Attorney

Dated: August 20, 2026

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>Plaintiffs,<br><br>v.<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 2:26-cv-02403 |

**DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 26.1 Defendant City Council for the City of Philadelphia ("City Council") and the Philadelphia City Council Committee on Housing, Neighborhood and the Homeless (the "Committee") (together, "Defendants"), by and through its undersigned counsel, responds to Plaintiffs' Request for Production of Documents as follows:

**RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION**

**REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 1-16**:

**RESPONSE**: As noted in Defendants' email of August 5, 2026, Defendants object that these Requests are barred by legislative immunity and privilege, among other things, and are the subject of the Court's pending August 27, 2026 discovery dispute telephone conference. Defendants also object that these Requests do not seek information relevant to any claims in the complaint and so are unduly burdensome. Defendants remain open to a meet-and-confer call regarding requests that do not infringe on legislative immunity and privilege and seek relevant, nonprivileged information. To the extent that the Court permits Plaintiffs' requests, Defendants

reserve the right to and will supplement these responses with individualized objections and/or responses.

Dated: August 20, 2026

By: */s/ William B. Shuey*

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney
MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
William.Shuey@phila.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, a true and correct copy of Defendant's Responses and Objections to Plaintiffs' Second Set of Requests for Production was served upon counsel of record by electronic mail, addressed as follows:

Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102
Email: bpearson@pearsonlawgroup.org
*Counsel for Plaintiffs*

/s/ William B. Shuey
Senior Attorney

Dated: August 20, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>**Defendants.** | : | **Civil Action**<br>**No. 26-cv-02403** |

**DEFENDANTS' RESPONSES AND OBJECTIONS**
**TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure Defendants City Council for the City of Philadelphia ("City Council") and the Philadelphia City Council Committee on Housing, Neighborhood and the Homeless (the "Committee") (together, "Defendants"),[1] by and through their undersigned counsel, responds to Plaintiffs' Requests for Admissions as follows:

**RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1**

Admit that a quorum of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless was **not present throughout the entirety** of the March 4, 2026 Committee hearing concerning Bills 250329 and 250330.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless (for the remainder of these Responses, the "Committee"). Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

[1] Because most of the claims in the complaint are only properly brought against the City itself, and non-Sunshine Act claims against City bodies are tantamount to claims against the City itself, Defendants respond to these Requests for Admissions as though Plaintiffs had properly named the City itself as a Defendant and directed these Requests to the City.

**REQUEST FOR ADMISSION NO. 2**

Admit that fewer than a quorum of Committee members were present during at least a portion of the March 4, 2026 Committee hearing.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 3**

Admit that a quorum of the Philadelphia City Council was **not present throughout the entirety** of the March 19, 2026 City Council meeting concerning Bills 250329 and 250330.

**RESPONSE:** Denied. A review of the transcript of the State Meeting of the City Council of Philadelphia on March 19, 2026[2] shows that 14 councilmembers were identified as present for the Stated Meeting. The action taken at the March 19, 2026 on Bill 250329 occurred by vote and is recorded on pages 158-159, and the action taken on Bill 250330 occurred by vote and is recorded on pages 159-161. No notation is made on the record of a lack of quorum. Therefore, based on the available evidence, the instant request for admission is denied.

**REQUEST FOR ADMISSION NO. 4**

Admit that fewer than a quorum of City Council members were present during at least a portion of the March 19, 2026 City Council meeting.

**RESPONSE:** Denied. After reasonable investigation, this request is denied. A review of the transcript of the State Meeting of the City Council of Philadelphia on March 19, 2026[3] shows that 14 councilmembers were identified as present for the Stated Meeting. No notation is made on the record of a lack of quorum. Therefore, based on the available evidence, the instant request for admission is denied.

[2] Available here: https://www.transcriptroom.org/tr/CAF/DownloadFile/7674709?docType=30&FileName=STATED_MEETING_031926.pdf

[3] Available here: https://www.transcriptroom.org/tr/CAF/DownloadFile/7674709?docType=30&FileName=STATED_MEETING_031926.pdf

**REQUEST FOR ADMISSION NO. 5**

Admit that a quorum of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless was **not present throughout the entirety** of the March 30, 2026 Committee hearing concerning Bills 250329 and 250330.

**RESPONSE:** Denied. A quorum of the Committee was present at the beginning of the March 30, 2026 Committee proceedings and the votes taken during it.

**REQUEST FOR ADMISSION NO. 6**

Admit that fewer than a quorum of Committee members were present during at least a portion of the March 30, 2026 Committee hearing.

**RESPONSE:** Admitted that fewer than a quorum of Committee members were present during a portion of the March 30, 2026 proceedings during which public comment was received but that a quorum was present for the beginning of the proceedings and the votes taken.

**REQUEST FOR ADMISSION NO. 7**

Admit that Defendants maintain records sufficient to determine the attendance of members present at the March 4, 2026 Committee hearing.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

Objection. It is not clear to Answering Defendants what records Plaintiffs consider "sufficient" and therefore this request is vague.

**REQUEST FOR ADMISSION NO. 8**

Admit that Defendants maintain records sufficient to determine the attendance of members present at the March 19, 2026 City Council meeting.

**RESPONSE:** Objection. It is not clear to Answering Defendants what records Plaintiffs consider "sufficient" and therefore this request is vague. Without waiving said objection, it is admitted only that a transcript and Minutes[4] were produced of the March 19, 2026 Stated Meeting of City Council and that transcript and Minutes are available to the public. Moreover,

[4] Available: https://phila.legistar.com/View.ashx?M=M&ID=1365889&GUID=6FA827E6-8844-4399-8460-7B625749BFAA

page 1 of this referenced transcript and the referenced Minutes include a list of those councilmembers present.

**REQUEST FOR ADMISSION NO. 9**

Admit that Defendants maintain records sufficient to determine the attendance of members present at the March 30, 2026 Committee hearing.

**RESPONSE:** Objection. It is not clear to Answering Defendants what records Plaintiffs consider "sufficient" and therefore this request is vague. Without waiving said objection, it is admitted only that a transcript[5] and Minutes[6] were produced of the March 30, 2026 Committee session and the transcript and Minutes are available to the public. Moreover, page 1 of this referenced transcript and the referenced Minutes include a list of those councilmembers present.

**REQUEST FOR ADMISSION NO. 10**

Admit that the official video recording of the March 4, 2026 Committee hearing is a true and accurate recording of that proceeding.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 11**

Admit that the official video recording of the March 19, 2026 City Council meeting is a true and accurate recording of that proceeding.

**RESPONSE:** Objection. It is not clear to Answering Defendants what Plaintiffs consider "official" and therefore this request is vague. Without waiving said objection, it is admitted only that a video[7] is available to the public through Youtube and that the video is true and accurate to what is seen and heard on the video.

---

[5] Available here: https://www.transcriptroom.org/tr/CAF/DownloadFile/4120756?docType=30&FileName=COMMITTEE_ON_HOUSING_NEIGHHOOD_DEV_%26_THE_HOMELESS_033026.pdf

[6] Available here: https://phila.legistar.com/View.ashx?M=M&ID=1402609&GUID=51CC5F54-1764-401F-B4FD-D6A325CC0645

[7] Available here: https://youtu.be/psnZ2ShUAfU?si=b9gzRs36_ikFZi2v

**REQUEST FOR ADMISSION NO. 12**

Admit that the official video recording of the March 30, 2026 Committee hearing is a true and accurate recording of that proceeding.

**RESPONSE:** Objection. It is not clear to Answering Defendants what Plaintiffs consider "official" and therefore this request is vague. Without waiving said objection, it is admitted only that a video of a portion of the Committee session on March 30, 2026 has been produced by Defendants to Plaintiffs and identified as Exhibit B, and that the video is true and accurate to what is seen and heard on the video.

**REQUEST FOR ADMISSION NO. 13**

Admit that the official minutes of the March 4, 2026 Committee hearing are authentic business records maintained by the Philadelphia City Council.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR ADMISSION NO. 14**

Admit that the official minutes of the March 19, 2026 City Council meeting are authentic business records maintained by the Philadelphia City Council.

**RESPONSE:** Objection to the extent that this request asks for a legal conclusion regarding admissibility of the referenced or any other document at trial.

Without waiving said objection, it is admitted only that Minutes[8] were produced of the March 19, 2026 City Council session and the Minutes are authentic records of regularly-conducted business of the Council maintained in the ordinary course of business.

**REQUEST FOR ADMISSION NO. 15**

Admit that the official minutes of the March 30, 2026 Committee hearing are authentic business records maintained by the Philadelphia City Council.

**RESPONSE:** Objection to the extent that this request asks for a legal conclusion regarding admissibility of the referenced or any other document at trial. Without waiving said objection, it

[8] Available here: https://phila.legistar.com/View.ashx?M=M&ID=1365889&GUID=6FA827E6-8844-4399-8460-7B625749BFAA

is admitted only that Minutes[9] were produced of the March 30, 2026 Committee session and the Minutes are authentic records of regularly-conducted business of the Committee maintained in the ordinary course of business.

**REQUEST FOR ADMISSION NO. 16**

Admit that any official attendance records, roll-call records, sign-in records, or similar records maintained by Defendants for the March 4, March 19, and March 30, 2026 proceedings are authentic business records maintained in the ordinary course of business.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

Objection to the extent that this request asks for a legal conclusion regarding admissibility of the referenced or any other document at trial.

Objection. This request asks for an admission based upon one or more unidentified documents, without providing copies of said documents nor identifying them specifically, in violation of the FRCP. Therefore, the instant request is denied.

**REQUEST FOR ADMISSION NO. 17**

Admit that the official agendas published for the March 4, March 19, and March 30, 2026 proceedings are authentic business records maintained by the Philadelphia City Council.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

Objection to the extent that this request asks for a legal conclusion regarding admissibility of the referenced or any other document at trial.

---

[9] Available here: https://phila.legistar.com/View.ashx?M=M&ID=1402609&GUID=51CC5F54-1764-401F-B4FD-D6A325CC0645

Without waiving said objections, the referenced agendas for the March 19, 2026[10] and March 30, 2026[11] are authentic records of regularly-conducted business maintained in the ordinary course of business.

**REQUEST FOR ADMISSION NO. 18**

Admit that the timestamps displayed on the official video recordings of the March 4, March 19, and March 30, 2026 proceedings accurately reflect the sequence of events depicted in those recordings.

**RESPONSE:** Objection. The instant request for admission seeks information or an admission regarding the March 4, 2026 meeting of the Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless. Information or admissions related to the Committee's hearing or meeting on March 4, 2026 is irrelevant to the underlying action and not reasonably calculated to lead to the discovery of admissible evidence.

Objection. Plaintiffs reference specific videos without specifically identifying them.

Objection. It is unknown to Defendants what Plaintiffs mean by the term "official" in the instant Request for Admission, and the admission is therefore vague.

Without waiving said objections, it is admitted only that a video[12] is available to the public through Youtube and that the video is true and accurate to what is seen and heard on the video. Defendants have no reason to believe that the timestamps on the referenced video do not accurately reflect the sequence of events depicted in this recording.

Without waiving said objections, it is admitted only that a video of a portion of the Committee session on March 30, 2026 has been produced by Defendants to Plaintiffs and identified as Exhibit B, and that the video is true and accurate to what is seen and heard on the video. Defendants have no reason to believe that the timestamps on the referenced video do not accurately reflect the sequence of events depicted in this recording.

---

[10] Available here: https://www.transcriptroom.org/tr/CAF/DownloadFile/7674709?docType=30&FileName=STATED_MEETING_031926.pdf

[11] Available here: https://www.transcriptroom.org/tr/CAF/DownloadFile/4120756?docType=30&FileName=COMMITTEE_ON_HOUSING_NEIGHHOOD_DEV_%26_THE_HOMELESS_033026.pdf

[12] Available here: https://youtu.be/psnZ2ShUAfU?si=b9gzRs36_ikFZi2v

Dated: August 20, 2026

By: */s/ William B. Shuey*

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney
MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
William.Shuey@phila.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Requests for Admission was served by electronic mail, addressed as follows:

Briana Lynn Pearson, JD, MBA, Esq.
Pearson Law Group, LLC
1500 Chestnut St. Suite 2 #2898
Philadelphia, PA 19102
Email: bpearson@pearsonlawgroup.org
*Counsel for Plaintiffs*

/s/ William B. Shuey
Senior Attorney

Dated: August 20, 2026