# Ex. E

PEARSON LAW

Briana Pearson <bpearson@pearsonlawgroup.org>

# RE: JUDGE BEETLESTONE WANTS A T/C WITH COUNSEL 26-2403 Floyd vs City

1 message

**Chambers of Chief Judge Beetlestone** <Chambers_of_Chief_Judge_Beetlestone@paed.uscourts.gov> Mon, Aug 24, 2026 at 11:04 AM
To: Michael Pfautz <Michael.Pfautz@phila.gov>
Cc: William Shuey <William.Shuey@phila.gov>, "bpearson_pearsonlawgroup.org" <bpearson@pearsonlawgroup.org>

Hello Counsel,

Chief Judge Beetlestone would like you to file a motion addressing the issues raised in your letter.

The T/C listed for Thursday at 1200 PM is cancelled ,

Mike Beck

Deputy to Judge Beetlestone

Tell them to file a motion
**2:26-cv-02403-WB FLOYD et al v. CITY COUNCIL FOR THE CITY OF PHILADELPHIA et al**
**Letter 28**

**Docket Text:**
Letter dated 8/13/26 re: Discovery Dispute by CITY COUNCIL FOR THE CITY OF PHILADELPHIA, PHILADELPHIA CITY COUNCIL COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT, AND THE HOMELESS. (PFAUTZ, MICHAEL)

---

**From:** Michael Pfautz <Michael.Pfautz@Phila.gov>
**Sent:** Wednesday, August 19, 2026 10:38 AM
**To:** Mike Beck <Mike_Beck@paed.uscourts.gov>
**Cc:** William Shuey <William.Shuey@Phila.gov>; bpearson_pearsonlawgroup.org <bpearson@pearsonlawgroup.org>
**Subject:** Re: JUDGE BEETLESTONE WANTS A T/C WITH COUNSEL 26-2403 Floyd vs City

**CAUTION - EXTERNAL:**

Dear Mr. Beck,

Our apologies for the delay in responding. The Parties are available on 8/27 at 12:00 and 12:30pm.

Here is a dial in:

**Dial in by phone**

+1 267-404-3440,,614939248#

Phone conference ID: 614 939 248#

Sincerely,

**Michael Pfautz** (he/him)

Deputy City Solicitor

Affirmative and Special Litigation

City of Philadelphia Law Department

1515 Arch Street, 15th floor

Philadelphia, PA 19102

O: (215) 683-5233

C: (215) 400-0592

michael.pfautz@phila.gov

---

**From:** Mike Beck <Mike_Beck@paed.uscourts.gov>
**Sent:** Wednesday, August 19, 2026 8:36 AM
**To:** bpearson <bpearson@pearsonlawgroup.org>; Michael Pfautz <Michael.Pfautz@Phila.gov>
**Subject:** FW: JUDGE BEETLESTONE WANTS A T/C WITH COUNSEL 26-2403 Floyd vs City

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

Counsel,

Please respond to my email from Monday !

Mike Beck

Deputy to Judge Beetlestone

---

**From:** Mike Beck
**Sent:** Monday, August 17, 2026 10:51 AM
**To:** bpearson_pearsonlawgroup.org <bpearson@pearsonlawgroup.org>; michael.pfautz@phila.gov
**Subject:** JUDGE BEETLESTONE WANTS A T/C WITH COUNSEL 26-2403 Floyd vs City

Counsel,

Judge Beetlestone wants a T/C with counsel,

Here are times next week please confer and email me back the time that works best for both of you and please provide the court with a Dial in Conf # for the call

8/24 at 1130, 1200, 200, 230, 300

8/26 at 200, 300, 330

8/27 at 1130 1200, 1230

Mike Beck

Deputy to Judge Beetlestone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.