**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>: | **Civil Action**<br>**No. 26-cv-02403** |

**DEFENDANTS' MOTION FOR LEAVE**
**TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

Defendants, City Council for the City of Philadelphia and Philadelphia City Council Committee on Housing, Neighborhood Development and the Homeless, ask this Court for permission to file a response and memorandum of law in excess of the applicable page limit and states the following in support thereof:

1. On August 24, 2026, Plaintiffs filed a twenty-three page Motion to Compel and supporting Memorandum or Law (ECF No. 31).

2. This Court's Individual Rules limit all motions and responses, including memoranda of law, to ten pages. *See* Policies & Procedures at 5-6 (April 2025).

3. Defendants respectfully request leave to file a response and memorandum of law in excess of ten pages, not to exceed twenty-three pages.

4. Defendants submit that they must exceed the page limit to adequately address the five issues raised by Plaintiffs, including legislative privilege and immunity, deposition and interrogatory practice, and the current discovery schedule.

5. Plaintiffs consent to this request.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Renee Garcia, City Solicitor

Date: August 28, 2026

By: */s/ William B. Shuey*

WILLIAM B. SHUEY (PA ID No. 208792)
Senior Attorney
MICHAEL PFAUTZ (PA ID No. 325323)
Deputy City Solicitor
Affirmative & Special Litigation
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone: (215) 683-5233
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>: | **Civil Action**<br>**No. 26-cv-02403** |

**AND NOW,** this ____day of August, 2026, upon consideration of Defendants' Motion for Leave to File Response in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and Defendants may file a Response in opposition to Plaintiffs' Motion to Compel (ECF No. 31) in excess of the applicable page limit, not to exceed 23 pages in length.

**BY THE COURT:**

________________________________

**WENDY BEETLESTONE, C.J.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing upon all counsel of record via the ECF system.

Date: August 28, 2026

*/s/ William B. Shuey*
William B. Shuey
Senior Attorney