**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>: | **Civil Action**<br>**No. 26-cv-02403** |

**AND NOW,** this 31st day of August, 2026, upon consideration of Defendants' Motion for Leave to File Response in Excess of Page Limit, it is hereby **ORDERED** that the Motion is **GRANTED** and Defendants may file a Response in opposition to Plaintiffs' Motion to Compel (ECF No. 31) in excess of the applicable page limit, not to exceed 23 pages in length.

**BY THE COURT:**

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**