UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

August 31, 2026

**NOTICE OF ORAL ARGUMENT HEARING:**

RE: 26-cv-2403
Floyd et al. v. City Council for the City of Philadelphia et al.

Dear Counsel:

Please be advised that Oral Argument Hearing on Defendant's Motion to Dismiss (Doc # 23) has been scheduled for **October 30, 2026, at 10:00 a.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

_/s/ Michael Beck__________
Michael Beck
Deputy Clerk to Judge Beetlestone