**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SETH FLOYD, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA, et al.,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action**<br>**No. 26-cv-02403** |

**ORDER**

AND NOW, this__________day of____________________, 2026, upon consideration of Plaintiffs' Motion to Compel and the Defendants' response thereto, it is **HEREBY ORDERED** that the Motion is **DENIED**. Plaintiffs shall not serve further discovery that seeks documents or information from City Council members, their staff, and other officials involved in the legislative process, or that seek to inquire into legislative motive.

**BY THE COURT:**

______________________________
**WENDY BEETLESTONE, C. J.**