**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SETH FLOYD and ERICA HADLEY,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA and PHILADELPHIA CITY COUNCIL COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT AND THE HOMELESS,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-2403** |

**ORDER**

**AND NOW**, this 28th day of October, 2026, upon consideration of the Motion of Women's Council of Philadelphia, Inc. for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs and in Opposition to Defendants' Motion to Dismiss (ECF No. 39), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to docket the brief attached to said Motion as a separate docket entry.

**BY THE COURT:**

S/ **WENDY BEETLESTONE**

______________________________
**WENDY BEETLESTONE, C.J.**