**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SETH FLOYD and ERICA HADLEY,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA and PHILADELPHIA CITY COUNCIL COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT AND THE HOMELESS,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-2403** |

## O R D E R

**AND NOW**, this 30th day of October, 2026, upon consideration of Plaintiffs' Motion to Compel Discovery and Depositions and to Modify the Scheduling Order (ECF No. 31), and Plaintiffs' Response in Opposition (ECF No. 38), **IT IS HEREBY ORDERED** that said Motion is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**