**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SETH FLOYD and ERICA HADLEY,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY COUNCIL FOR THE CITY OF PHILADELPHIA and PHILADELPHIA CITY COUNCIL COMMITTEE ON HOUSING, NEIGHBORHOOD DEVELOPMENT AND THE HOMELESS,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-2403** |

**O R D E R**

**AND NOW**, this 30th day of October, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 23), and Plaintiffs' Response in Opposition (ECF No. 29), **IT IS HEREBY ORDERED** that Plaintiffs' Amended Complaint (ECF No. 21) is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**